**E-filed 12/20/06**

1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12 ZHENG WANG,                    )
                                  ) No. C 06-6302 JF PVT
13         Plaintiff,             )
                                  )
14    v.                          ) **STIPULATION TO EXTEND DATES;**
                                  ) **and [PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary of the )
   Department of Homeland Security; *et al.*, )
16                                )
           Defendants.            )
17 _____)

18     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

19 of record, hereby stipulate, subject to the approval of the Court, to the following:

20     1. Plaintiff filed this action on or about October 6, 2006. Defendant's answer is currently due

21 on December 11, 2006.

22     2. Pursuant to this Court's October 6, 2006 Order Setting Initial Case Management

23 Conference, the parties are required to file a joint case management statement on January 5, 2007,

24 and attend a case management conference on January 12, 2007.

25     3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case

26 and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask

27 this Court to extend the dates in the Court's scheduling order as follows:

28

Stipulation for Extension
C 06-6302 JF

| | | |
|---|---|---|
| 1 | Last day to file Defendant's Answer: | January 10, 2007 |
| 2 | Last day to file Joint ADR Certification: | January 19, 2007 |
| 3 | Last day to file/serve Joint Case Management Statement: | February 2, 2007 |
| 4 | Case Management Conference: | February 9, 2007, at 10:30 a.m. |

Date: December 8, 2006                     Respectfully submitted,

                                                  KEVIN V. RYAN
                                                  United States Attorney

                                                  _____/s/_____
                                                  ILA C. DEISS
                                                  Assistant United States Attorney
                                                  Attorneys for Defendants

                                                  _____/s/_____
Date: December 8, 2006                     JUSTIN FOK
                                                  Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  12/20/06

                                                  JEREMY FOGEL
                                                  United States District Judge