**E-filed 3/22/07**

SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHENG WANG,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services;<br>DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>        Defendants. | No. C 06-6302 JF<br><br>**STIPULATION CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS and [PROPOSED] ORDER**<br><br><br>Hearing Date: March 23, 2007<br>Time: 9:00 a.m. |

    The parties in the above-captioned action, by and through their respective attorneys of record, stipulate, subject to the approval of the Court, that the hearing on Defendants' Motion to Dismiss previously scheduled for March 23, 2007 to be rescheduled to May 11, 2007, to allow the parties additional time to resolve the case without further litigation.

///

///

Stipulation for Extension of Hearing
C 06-6302 JF

| | | |
|---|---|---|
| 1 | Dated: March 20, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | | |
| 5 | | _____/s/_____<br>ILA C. DEISS |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 8 | Dated: March 20, 2007 | _____/s/_____<br>JUSTIN FOK |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March __22__, 2007

_____
JEREMY FOGEL
United States District Judge

Stipulation for Extension of Hearing
C 06-6302 JF