**E-filed 4/10/07**

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
         Facsimile: (415) 436-7169
7
   Attorney for Defendants
8

9                    UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12  ZHENG WANG,                        ) No. C 06-06302 JF
                                       )
13        Plaintiff,                   )
                                       )
14        v.                           ) **STIPULATION TO DISMISS; AND**
                                       ) **[PROPOSED] ORDER**
15  MICHAEL CHERTOFF, Secretary of the )
    Department of Homeland Security;   )
16  EMILIO T. GONZALEZ, Director of    )
    United States Citizenship and Immigration )
17  Services;                          )
    DAVID STILL, San Francisco District )
18  Director, United States Citizenship and )
    Immigration Services;              )
19  ROBERT S. MUELLER, Director of     )
    Federal Bureau of Investigation    )
20                                     )
          Defendants.                  )
21

22
        Plaintiff, by and through her attorney of record, and Defendants, by and through their
23
    attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the
24
    action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).
25
    The parties also request that the Court vacate the hearing scheduled for May 11, 2007.
26
        Each of the parties shall bear their own costs and fees.
27
    ///
28

Stip. to Dismiss
C06-6302 JF

Dated: March 30, 2007                         Respectfully submitted,

                                              SCOTT N. SCHOOLS
                                              United States Attorney

                                              _____/s/_____
                                              ILA C. DEISS
                                              Assistant United States Attorney
                                              Attorney for Defendants

Dated: March 30, 2007                         _____/s/_____
                                              JUSTIN FOK
                                              Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   4/6/07                                _____[signature]_____
                                              JEREMY FOGEL
                                              United States District Judge